UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-6243-SELTZER

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RICHARDO ALPHONSO,
    Defendant.
_____/

## ORDER GRANTING FEDERAL PUBLIC DEFENDER'S
## MOTION TO WITHDRAW AS COUNSEL

This cause is before the Court on the Federal Public Defender's motion to withdraw as counsel for Defendant Richardo Alphonso, and this Court being otherwise advised as to its premises, it is

ORDERED that the mentioned motion is hereby **GRANTED**. The Federal Public Defender is hereby relieved of any further responsibility in the legal representation of Defendant.

DONE and ORDERED at Fort Lauderdale, Florida this 22 day of June, 2007.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record